# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA ACOSTA,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-647-Orl-28GJK**

**UNITED TEMPS, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 32) filed June 22, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. 35), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 16, 2012 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Reconsideration (Doc. No. 32) is **GRANTED**.

3. This case is dismissed with prejudice pursuant to the parties' joint stipulation of dismissal (Doc. No. 30, at 2 ¶ 3).

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of July, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record